UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>ARTEMIO MONFEDA-TOVAR,<br><br>                  Defendant. | Case No. MJ25-314<br><br>DETENTION ORDER |

Defendant Artemio Monfeda-Tovar is charged with alien in possession of a firearm, 18 U.S.C. § 922(g)(5); and alien in possession of ammunition, 18 U.S.C. § 922(g)(5). The Court held a detention hearing on May 27, 2025, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Monfeda-Tovar is charged with an offense that involves use of a weapon.

2. Mr. Monfeda-Tovar stipulated to detention.

3. Mr. Monfeda-Tovar was not interviewed by Pretrial Services. Therefore, there is

DETENTION ORDER - 1

limited information available about him.

4. Mr. Monfeda-Tovar poses a risk of nonappearance due to a history of failure to appear. Mr. Monfeda-Tovar poses a risk of danger due to the nature of the instant offense and his criminal history.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Monfeda-Tovar's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Monfeda-Tovar shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Monfeda-Tovar shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Monfeda-Tovar is confined shall deliver Mr. Monfeda-Tovar to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Monfeda-Tovar, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 27th day of May, 2025.

                                                            _____
                                                            MICHELLE L. PETERSON
                                                            United States Magistrate Judge

DETENTION ORDER - 3