UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>v.<br><br>ARTEMIO MONFEDA-TOVAR,<br><br>Defendant(s). | CASE NO. CR25-0120-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXPEDITE PRESENTENCE REPORT AND SENTENCING |

　　　　Defendant Artemio Monfeda-Tovar, through counsel, filed a motion to expedite the preparation of a presentence report (by waiving the presentence interview) and to expedite sentencing, following his guilty plea to possessing ammunition. Dkt. No. 29. The basis for the motion is that, consistent with Defendant's plea agreement (Dkt. No. 27), the Government will recommend a sentence of no greater than six months of imprisonment, and Defendant has already been in custody for more than six months. Dkt. No. 29 at 1. Arguing that every additional day Defendant spends in custody pending sentencing deprives him of the full benefit of his plea agreement, he asks the Court to waive the presentence interview and order the preparation of an expedited presentence report so that his sentencing can be expedited to "the earliest available date" that is practicable. *Id*. at 3.

ORDER GRANTING UNOPPOSED MOTION TO EXPEDITE PRESENTENCE REPORT AND SENTENCING - 1

As represented in Defendant's motion, the Government does not oppose the request to expedite sentencing if a presentence report is prepared. Dkt. No. 29 at 1. Probation reports that it can complete an expedited presentence report in five business days. *Id*. at 2.

Federal Rule of Criminal Procedure 32(c)(1)(A) and United States Sentencing Guidelines § 6A1.1(b), in combination, express a strong preference for the preparation of a presentence report, yet a defendant may "knowingly waive[ the] right to preparation of a presentence report and ask[] to proceed to sentencing as quickly as possible." *See United States v. Shehadeh*, 962 F.3d 1096, 1102 (9th Cir. 2020).

Here, Defendant does not waive the preparation of the presentence report altogether, but requests only that the presentence interview be waived to allow for the expedited preparation of the report. Dkt. No. 29. The Court finds that waiving the presentence interview will not deprive it of the information it needs to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553. Accordingly, the Court GRANTS Defendant's unopposed motion (Dkt. No. 29), hereby vacating the previous sentencing hearing of February 23, 2026 (Dkt. No. 25) and re-setting the sentencing hearing for December 15, 2025, at 10 a.m.[1]

Probation shall file an expedited presentence report no later than December 8, 2025. The parties' sentencing memoranda are due on December 11, 2025.

Dated this 1st day of December, 2025.

Kymberly K. Evanson
United States District Judge

---

[1] In the event of an irreconcilable conflict with this date or time, the parties shall contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov.

ORDER GRANTING UNOPPOSED MOTION TO EXPEDITE PRESENTENCE REPORT AND SENTENCING - 2